**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JAVIER ROSAS MALAGA,
DANIEL ROSAS MALAGA,
PRIMITIVO ROSAS VELASCO, and
EDGAR GEOVANNI VAZQUEZ ROSAS,

Petitioners,

v. CIVIL ACTION NO. 3:26-0538

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Javier Rosas Malaga, Daniel Rosas Malaga, Primitivo Rosas Velasco, and Edgar Geovanni Vazquez Rosas.[1] Am. Pet., ECF No. 7. For the reasons discussed below, the Petition is **GRANTED**.

[1] The Petition was initially filed as a next friend petition. Pet., ECF No. 1.

Petitioners challenge their current civil immigration detention without an individualized custody determination and request immediate release. Am. Pet. ¶¶ 2–3, 18–20. Petitioners were arrested the morning of August 31, 2026, within the interior of the United States, in or around Huntington, West Virginia, following a traffic stop on I-64 at or near exit 11. Gov't's Resp. at 3, ECF No. 6. Petitioners were then transported to the ICE processing facility in Poca, West Virginia. *Id.* This Petition was initially filed around 11:37 A.M. on the same day. Pet., ECF No. 1.

The Government states that it presents the same arguments previously rejected by this Court and indicates a hearing on the matter is not necessary. Gov't's Resp. at 2-3. Petitioners have agreed that a hearing and further briefing are not necessary to the extent the pleadings are sufficient to grant their requested relief. Pet'rs' Notice, ECF No. 8. This Court's opinions are adopted and form the basis for this brief opinion.[2] The Government's arguments have been uniformly rejected by Courts within this District.[3] The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed.

For the previously stated reasons, Respondents' Motion to Dismiss, ECF No. 6, is **DENIED**, and Petitioners' Amended Petition, ECF No. 7, is **GRANTED**.[4]

---

[2] *See e.g., Linarez Vilchez v. Kluemper*, No. 3:26-0261, 2026 WL 1049282 (S.D. W. Va. Apr. 17, 2026); *Uulu v. Aldridge*, No. 3:26-073, 2026 WL 401200 (S.D. W. Va. Feb. 12, 2026); *Simanca Gonzalez v. Aldridge*, No. 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026).

[3] *See Izaguirre v. Mason*, No. 2:26-CV-00121, 2026 WL 561235, at *3–5 (S.D. W. Va. Feb. 27, 2026) (Goodwin, J.); *Umarov v. Mason*, No. 2:26-cv-00081, 2026 WL 381614, at *5 (S.D. W. Va. Feb. 11, 2026) (Berger, J.); *Briceno Solano v. Mason*, No. 2:26-cv-00045, 2026 WL 311624, at *20 (S.D. W. Va. Feb. 4, 2026) (Johnston, J.).

[4] The Court does not address nor make any ruling upon the validity or invalidity of the "Voluntary Departure and Verification of Departure" forms attached to the Government's Response. *See* Ex. 1 at 9, ECF No. 6-1; Ex. 2 at 5, ECF No. 6-2; Ex. 3 at 5, ECF No. 6-3; Ex. 4 at 5, ECF No. 6-4. Nor does it address nor make any ruling upon the validity or invalidity of the "Notice to Appear" form attached to the Government's Response. *See* Ex. 4 at 6.

Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioners Javier Rosas Malaga, Daniel Rosas Malaga, Primitivo Rosas Velasco, and Edgar Geovanni Vazquez Rosas **on the sidewalk at the front entrance of the Federal Courthouse in Huntington, WV**, no later than tomorrow, **Thursday, September 3, 2026, at 12:00 PM**. Respondents are **ORDERED** to transport Petitioners back to the Southern District of West Virginia. Respondents are **DIRECTED** to provide reasonable notice of at least three hours to Petitioners' counsel of the anticipated time and place of Petitioners' release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioners' detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioners' liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Show Cause Hearing previously scheduled for Thursday, September 3, 2026, is **CANCELLED**.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER: September 2, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE